# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENISE HODGE,** | Case No. 2:16-cv-05482-BRO-JC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| **CITIBANK SOUTH DAKOTA N.A.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

**IT IS HEREBY ORDERED**

Dated: September 14, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE